UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH MOWERY, et al., | Case No. 5:14-cv-02192-PSG |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | **(Re: Docket No. 27)** |
| NARCANON OF NORTHERN CALIFORNIA et al., | |
| Defendants. | |

In accordance with the court's July 30, 2014 order,[1] and notice that the parties have agreed on the selection of a mediator and arbitrator,[2] this case is dismissed. The Clerk shall close the file.

**SO ORDERED.**

Dated: December 3, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 27.

[2] *See* Docket No. 29.

Case No. 5:14-cv-02192-PSG
ORDER OF DISMISSAL

1